## People of State of Illinois, Defendant in Error, v. William Odell, Plaintiff in Error.

Gen. No. 43,928.

opinion filed May 7, 1947; released for publication May 22, 1947. B. J. McNeal, for plaintiff in error; Wade G. Morgan, of counsel; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and W. S. Miroslawski, Assistant State's Attorneys, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.